UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EVELYN AIMEE DE JESUS,

    Plaintiff,

v.                                             Case No. 8:20-cv-618-T-33SPF

UNITEDLEX PROFESSIONAL
SERVICES, LLC; UNITEDLEX
CORPORATION, INSURANCE
AGENCY ABC, INC., and
CLIENT XYZ,

    Defendants.
_____/

**ORDER**

    This matter comes before the Court upon Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2), which the Court construes as a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, and Plaintiff's Motion Requesting Permission to File Under Seal her motion to proceed *in forma pauperis* (Doc. 3). Upon review, the Court finds that the motion to proceed *in forma pauperis* is due to be granted and the motion to seal is due to be denied.

    Regarding the motion to seal, the Court notes that the motion to proceed *in forma pauperis* was filed in the open docket. Moreover, Plaintiff has failed to show good cause to seal her motion to proceed *in forma pauperis*. *See Romero v. Drummond Co., Inc.*, 480 F.3d 1234, 1246 (11th Cir. 2007) (a party can overcome common law right of access by a showing of good cause). Although Plaintiff contends that the motion includes personal financial information and circumstances, the motion does not contain any tax identification number

or financial account numbers, and "[f]inancial affidavits in support of IFP motions are routinely filed in the open court docket." *Mendez v. Jarden Corp.*, No. 10-80966-CIV-DIMITROULEAS, 2011 WL 13227825, at *1 (S.D. Fla. Feb. 25, 2011) (denying motion to seal IFP motion and supporting financial affidavit). "[M]otions to proceed *in forma pauperis* are routinely filed and entered into the public record" in district courts and "[s]uch documents are rarely, if ever sealed." *Hesed El v. Poff*, No. CV 118-079, 2018 WL 4688720, at *2 (S.D. Ga. Sept. 28, 2018).

Upon consideration, it is hereby **ORDERED**:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **GRANTED**.

2. Plaintiff is **DIRECTED** to complete and return the "Summons in a Civil Action" AO 440 forms and the "Process Receipt and Return" USM-285 forms[1] to the Clerk within twenty-one (21) days, whereupon the United States Marshal is **DIRECTED** to serve the summonses on the Defendants.

3. Plaintiff's Motion Requesting Permission to File Under Seal her motion to proceed *in forma pauperis* (Doc. 3) is **DENIED**.

**ORDERED** in Tampa, Florida, on April 20, 2020.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE

---

[1] These forms are available for download on this Court's website at http://www.flmd.uscourts.gov under the "Forms" link on the top left of the homepage. If Plaintiff does not have access to the Internet, Plaintiff may obtain these forms by contacting the Clerk's Office at 813-301-5400.